U.S. DISTRICT COURT
FILED
OCT 28 2011
D.S.
S.D. OF N.Y.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
J. Eric Ivester *(admitted pro hac vice)*
Four Times Square
New York, New York 10036
(212) 735-3000

Don J. Frost, Jr. *(admitted pro hac vice)*
Elizabeth A. Malone *(admitted pro hac vice)*
1440 New York Ave., N.W.
Washington, D.C. 20005

Counsel for Mark IV Industries, Inc.

**THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x
In re:                          :
MARK IV INDUSTRIES, INC., et al.,  :     1:11-cv-00648-(SAS) (MHD)
                                :
        Debtors.                :
_____/         :     ECF Case
                                :     Electronically Filed
MARK IV INDUSTRIES, INC.,       :
                                :     **NOTICE OF APPEAL**
        Appellant,              :
                                :
vs.                             :
                                :
THE NEW MEXICO ENVIRONMENT      :
DEPARTMENT, et al.,             :
                                :
        Appellees.              :
_____/         :
------------------------------- x

Notice is hereby given that Mark IV Industries, Inc., appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final opinion and order filed and entered in this action on September 28, 2011 (Docket No. 30) and the final judgment filed and entered in this action on September 29, 2011 (Docket No. 31).

Dated: Washington, DC
October 27, 2011

*(signature)*

Jay M. Goffman
J. Eric Ivester (Admitted Pro Hac Vice)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Don J. Frost, Jr. (Admitted Pro Hac Vice)
Elizabeth A. Malone (Admitted Pro Hac Vice)
1440 New York Ave., NW
Washington, DC 20001
(202) 371-7000

Counsel for Mark IV